# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| BRADLEY H. JORDAN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-76 |
| | * | |
| v. | * | |
| | * | |
| STATE OF GA, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Plaintiff did not file Objections to this Report and Recommendation. In fact, the Clerk of Court mailed a copy of this Report and Recommendation and a copy of the service Order to Plaintiff at his last known address. However, that mailing was returned to the Court as undeliverable with the notations, "Return to Sender, Unable to Forward" and "[Return to Sender] released." Dkt. No. 9 at 1.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against all Defendants in their official capacities, negligence claims, and claims against Nurse Tucker, the State of Georgia, the Medical Department at

Coffee Correctional Facility, Warden Upton, and Counselor Clemens. Dkt. No. 7. Plaintiff's deliberate indifference claims against Defendants Coley and Cross ordinarily would remain pending. Id.; Dkt. No. 8. However, as explained below, the Court must dismiss these claims, without prejudice.

The Magistrate Judge ordered Plaintiff to show cause why his case should not be dismissed based on his failure to update his address, as required. Dkt. No. 10. The Magistrate Judge forewarned Plaintiff his failure to show cause would result in the recommended dismissal of his cause of action. Id. at 2. However, this Order was also returned to the Court as undeliverable, with the notations: "RTS released" and "Return to Sender, Unauthorized material." Dkt. No. 11 at 1. Indeed, Plaintiff was released from the Georgia Department of Corrections' custody more than nine months ago. http://www.dcor.state.ga.us/GDC/Offender/Query, search for "Jordan, Bradley" (last visited May 4, 2021). Thus, it is unnecessary for the Magistrate Judge to issue a Report recommending the dismissal of Plaintiff's remaining claims, as that mailing also would be returned as undeliverable. The Court **DISMISSES without prejudice** Plaintiff's deliberate indifference claims against Defendants Coley and Cross, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___5___ day of ___May___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA